IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENDEL BRITTON,  ID #23012250, | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) CIVIL ACTION NO. ) ) 3:24-CV-3275-G-BW |
| NANCY MULDER, | ) ) |
| Defendant. | ) ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. By separate judgment, this action will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or follow orders of the court.

**SO ORDERED**.

July 14, 2025.

_____
**A. JOE FISH
Senior United States District Judge**

---

[*] No objections were filed.